Attorneys for Plaintiff(s), Thomas Gain

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **Index No.: 06-0823 CRB**<br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| Cheryl Benford, et al., <br><br>  Plaintiffs, <br><br>  vs. <br><br> Pfizer, Inc., et al. <br>  Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff(s), Thomas Gain, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: _____, 2009     By: _____
                              Michael A. London
                              Douglas & London, P.C.
                              111 John Street, Suite 1400
                              New York, NY 10038
                              Telephone: (212) 566-7500
                              Facsimile: (212) 566-7501
                              Attorneys for Plaintiff(s), Thomas Gain

DATED: Oct. 21, 2009     By: _____
                              DLA PIPER LLP (US)
                              1251 Avenue of the Americas
                              New York, NY 10020
                              Telephone: (212) 335-4500
                              Facsimile: (212) 335-4501
                              Defendants' Liaison Counsel

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

DATED: OCT 28, 2009     _____
                              Hon. Charles R. Breyer
                              United States District Court

-1-